IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PIZANA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>SANMEDICA INTERNATIONAL LLC, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 1:18-cv-00644-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**<br><br>(Doc. 11) |

On June 22, 2018, Plaintiff filed an "*Ex Parte* Motion for Extension of Time to File Amended Complaint" (the "Motion") requesting an extension of time to file an amended complaint and stating that Defendant would not oppose the Motion. (Doc. 11.)

///

///

///

The Court having reviewed Plaintiff's Motion, it is hereby ORDERED that the Motion is GRANTED and Plaintiff's deadline to file an amended complaint pursuant to Rule 15(a)(1)(B) is EXTENDED until June 30, 2018.

IT IS SO ORDERED.

Dated: __**June 25, 2018**__                              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE