UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PIZANA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SANMEDICA INTERNATIONAL LLC,<br>and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | No. 1:18-cv-00644-DAD-SKO<br><br><u>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT, DIRECTING CLERK OF THE COURT TO FILE PROPOSED MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, AND SETTING HEARING ON MOTION TO DISMISS THE FIRST AMENDED COMPLAINT</u><br><br>(Doc. No. 23) |

On July 23, 2018, defendant filed a motion for extension of time to respond to plaintiff's first amended complaint. (Doc. No. 23.) The motion is unopposed. (*Id.* at 4.) The court deems the motion, currently noticed for hearing on August 21, 2018 before the undersigned, suitable for decision without oral argument pursuant to Local Rule 230(g). The noticed hearing is therefore vacated. Good cause appearing, it is hereby ordered that:

1. Plaintiff is granted an extension of time to July 23, 2018 to respond to the first amended complaint;

2. The Clerk of the Court is directed to file the proposed motion to dismiss the first amended complaint (Doc. No. 23-1, Ex. 1) on the docket captioned as the motion

to dismiss the first amended complaint, which is deemed filed as of July 23, 2018; and

3. A hearing on the motion to dismiss the first amended complaint is set for September 18, 2018, at 9:30 AM in Courtroom 5 before the undersigned.

IT IS SO ORDERED.

Dated: **July 24, 2018**

UNITED STATES DISTRICT JUDGE