Stephen Y. Ma, SBN 214998
  *sma@earlysullivan.com*
Lisa L. Boswell, SBN190304
  *lboswell@earlysullivan.com*
Garrick P. Vanderfin, SBN 316159
  *gvanderfin@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

**PRICE PARKINSON & KERR, PLLC**
STEVEN W. GARFF (SBN 268074)
*steven.garff@ppktrial.com*
JASON M. KERR (*pro hac vice*)
*jasonkerr@ppktrial.com*
RONALD F. PRICE (*pro hac vice*)
*ronprice@ppktrial.com*
DAVID R. PARKINSON (*pro hac vice*)
*davidparkinson@ppktrial.com*
5742 West Harold Gatty Drive Suite 101
Salt Lake City, Utah 84116
Phone: (801) 530-2900

Attorneys for Defendant
SANMEDICA INTERNATIONAL, LLC

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PIZANA, an individually and on behalf of all others similarly situated, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>SANMEDICA INTERNATIONAL, LLC, a Utah Limited Liability Company, et al.,<br><br>Defendants. | Case No.: 1:18-cv-00644-DAD-SKO<br><br>Judge Dale A. Drozd<br><br>Magistrate Sheila K. Oberto<br><br>**ORDER TO EXTEND DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>(Doc. 185)<br><br>Action Filed: May 9, 2018 |



# **ORDER**

Based on the stipulation of the Parties (Doc. 185), and for good cause shown,

IT IS HEREBY ORDERED that Defendant SanMedica International, LLC's deadline to respond to the Third Amended Complaint is extended to July 25, 2022, and that in the event the other defendants are served on or before July 4, 2022, the deadline to respond to the Third Amended Complaint for each of the other defendants served on or before July 4, 2022, shall also be July 25, 2022.

IT IS SO ORDERED.

Dated: **May 31, 2022**                    /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE