**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAUL PIZANA, MAUREEN HOBBS, CHARLES BERGLUND, JEANETTE MILLS, ERICA LAROCHE, ANNE MARIE LYNCH, OSKAR LAFFONT, SAL MUNOZ, and KEITH BARNES, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>BASIC RESEARCH, LLC; BR COS LLC; BASIC RESEARCH HOLDINGS, LLC; BASIC RESEARCH INTERMEDIATE, LLC; SIERRA RESEARCH GROUP, LLC; MAJESTIC MEDIA, LLC; CRM SPECIALISTS, LLC; BYDEX MANAGEMENT, LLC; SANMEDICA INTERNATIONAL, LLC; LIMITLESS WORLDWIDE, LLC; NOVEX BIOTECH, L.L.C; BODEE GAY; GINA DAINES; HALEY BLACKETT; KIMM HUMPHRIES; and MITCHELL K. FRIEDLANDER,<br><br>Defendants. | Case No.: 1:18-cv-00644-DAD-SKO<br><br>Case Filed: May 9, 2018<br>FAC Filed: June 30, 2018<br>SAC Filed: November 13, 2019<br>TAC Filed: May 18, 2022<br><br>*Assigned to United States District Court Judge Dale A. Drozd and Magistrate Judge Shelia K. Oberto*<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTION PRACTICE RELATED TO THE THIRD AMENDED COMPLAINT**<br><br>**(Doc. 205)** |

**Based on the stipulation of the parties (Doc. 205) and good cause appearing, IT IS HEREBY ORDERED:**

- Defendants' deadline to file responsive pleadings to the Third Amended Complaint is extended to August 29, 2022.

- Defendants' motions to transfer, if any, shall be filed on or before August 29, 2022.

- Defendants shall serve their Rule 11 sanctions motion(s) related to the Third Amended Complaint, if any, on Plaintiffs on or before August 29, 2022, and not file their sanctions motion(s) with the Court until at least 21 days after service of the motion(s) on Plaintiffs.

- Plaintiffs' oppositions to any motions to dismiss, strike, transfer, and/or for sanctions shall be filed on or before October 21, 2022.

- Defendants' replies in support of their respective motions to dismiss, strike, transfer, and/or for sanctions shall be filed by November 18, 2022.

- Hearing on the motions shall be set for December 7, 2022, or such other date and time as ordered by the Court.

IT IS SO ORDERED.

Dated:   **July 22, 2022**                                  /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE