

# United States District Court
# Eastern District of California

| | |
|---|---|
| Raul Pizana, et al. | Case Number: 1:18-CV-00644-ADA-SKO |
| Plaintiff(s) | |
| V. | |
| Sanmedica International LLC, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Carlos Nunez-Vivas hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Mitchell K. Friedlander

On __October 3, 1997__ (date), I was admitted to practice and presently in good standing in the __state of Florida__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/07/2022     Signature of Applicant: /s/ Carlos Nunez-Vivas

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Carlos Nunez-Vivas |
| Law Firm Name: | Waserstein & Nunez, PLLC |
| Address: | 1124 Kane Concourse |
| City: | Bay Harbor Is.   State: FL   Zip: 33154-2013 |
| Phone Number w/Area Code: | (786) 973-4025 |
| City and State of Residence: | Miami, Florida |
| Primary E-mail Address: | carlos@wnlawgroup.com |
| Secondary E-mail Address: | jc@wnlawgroup.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Beau R. Burbidge |
| Law Firm Name: | Burbidge Mitchell |
| Address: | 215 South State Street, Ste. 920 |
| City: | Salt Lake City   State: UT   Zip: 84111 |
| Phone Number w/Area Code: | (801) 355-6677   Bar #: 267267 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/16/202

*Sheila K. Oberto*
JUDGE, U.S. DISTRICT COURT