Stephen Y. Ma, SBN 214998
 *sma@earlysullivan.com*
Lisa L. Boswell, SBN190304
 *lboswell@earlysullivan.com*
Ryan M. Hemar, SBN 305355
 *rhemar@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

**PRICE PARKINSON & KERR, PLLC**
STEVEN W. GARFF (SBN 268074)
*steven.garff@ppktrial.com*
JASON M. KERR (*pro hac vice*)
*jasonkerr@ppktrial.com*
RONALD F. PRICE (*pro hac vice*)
*ronprice@ppktrial.com*
DAVID R. PARKINSON (*pro hac vice*)
*davidparkinson@ppktrial.com*
5742 West Harold Gatty Drive Suite 101
Salt Lake City, Utah 84116
Phone: (801) 530-2900

Attorneys for Defendants Basic Research, LLC, BR Cos., LLC, Basic Research Intermediate, LLC, Sierra Research Group, LLC, Majestic Media, LLC, CRM Specialists, LLC, Bydex Management, LLC, SanMedica International, LLC, and Novex Biotech, LLC

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL PIZANA, MAUREEN HOBBS, CHARLES BERGLUND, JEANETTE MILLS, ERICA LAROCHE, ANNE MARIE LYNCH, OSKAR LAFFONT, SAL MUNOZ, KEITH BARNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BASIC RESEARCH, LLC, BR COS LLC, BASIC RESEARCH INTERMEDIATE, LLC, SIERRA RESEARCH GROUP, LLC, MAJESTIC MEDIA, LLC, CRM SPECIALISTS, LLC, BYDEX MANAGEMENT, LLC, SANMEDICA | Case No.: 1:18-cv-00644-ADA-SKO<br><br>Judge Ana de Alba<br><br>Magistrate Sheila K. Oberto<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO FILE DEFENDANTS' REPLIES IN SUPPORT OF MOTIONS RELATED TO THE THIRD AMENDED COMPLAINT**<br><br>(Doc. 256) |



1  INTERNATIONAL, LLC, LIMITLESS WORLDWIDE, LLC, NOVEX BIOTECH, L.L.C., BODEE GAY, GINA DAINES, HALEY BLACKETT, KIMM HUMPHRIES, MITCHELL K. FRIEDLANDER,

Defendants.

**STIPULATION; ORDER**

## I.     JOINT STIPULATION TO EXTEND DEFENDANTS' REPLY DEADLINES.

Defendants Basic Research, LLC, BR COS, LLC, Basic Research Holdings, LLC, Basic Research Intermediate, LLC, Sierra Research Group, LLC, Majestic Media, LLC, CRM Specialists, LLC, Bydex Management, LLC, NOVEX Biotech, LLC, (together with SanMedica International, LLC, "SanMedica Defendants"), Bodee Gay, Gina Daines, Haley Blackett, Kimm Humphries (collectively, the "Gay Defendants"), Limitless Worldwide, LLC (the "Limitless Defendant"), and Mitchell K. Friedlander ("Defendant Friedlander," and collectively with the SanMedica Defendants, the Gay Defendants, and the Limitless Defendant, "Defendants") and Plaintiffs Raul Pizana, Maureen Hobbs, Charles Berglund, Jeanette Mills, Erica LaRoche, Anne Marie Lynch, Oskar Laffont, Sal Munoz, and Keith Barnes (collectively, "Plaintiffs"), through their respective counsel of record, hereby stipulate and agree as follows:

Plaintiffs filed the currently operative Third Amended Complaint ("TAC") on May 18, 2022. ECF No. 175.

The parties agreed to, and the Court ordered, a consolidated briefing schedule for motion practice related to the TAC. ECF Nos. 205, 206. That order established the following deadlines:

- August 29, 2022: Defendants' deadline to file responsive pleadings and motions to transfer, and to serve any Rule 11 sanctions motions.[1]
- October 21, 2022: Plaintiffs' deadline to oppose any motions to dismiss, strike, transfer, and/or for sanctions.
- November 18, 2022: Defendants' deadline to file any replies in support of their respective motions.

Defendants subsequently filed their respective Motions to dismiss, strike and transfer, and defendant Limitless also filed a notice of joinder and a motion for judgment on the pleadings, at ECFs 217, 218, 220, 224-1, 231, 234, and 237 (collectively "Defendants' Motions to Dismiss and Transfer").

Some of Plaintiffs' filings in opposition to Defendants' Motions to Dismiss and Transfer

---

[1] Defendants did not file any sanction motions.

were filed in the early morning of October 22, slightly after the midnight deadline on October 21, 2022, specifically: ECFs 249, 250 and 251. Defendants are not prejudiced by the slight delay and waive any arguments about the timeliness of the filing of ECFs 249, 250 and 251.

Defendants also have no procedural objections to Plaintiffs' Notice of Supplemental Authority (ECF 255), filed by Plaintiffs on November 8, 2022.

Due to a combination of attorney illnesses and unexpected work emergencies, counsel for the various Defendants have represented to Plaintiffs' counsel that Defendants require additional time to prepare their respective replies in support of Defendants' Motions to Dismiss and Transfer.

Given the Thanksgiving holiday on November 24, 2022, Defendants believe that December 2, 2022 is a fair and workable deadline, and Plaintiffs have agreed that, subject to court approval, all replies in support of Defendants' Motions to Dismiss and Transfer may be filed on or before that date.

The parties enter into this stipulation in good faith and not for purposes of delay.

**WHEREFORE, THE PARTIES JOINTLY STIPULATE AND REQUEST THE COURT ORDER THAT:**

- Defendants may, respectively, file their replies in support of Defendants' Motions to Dismiss and Transfer on or before December 2, 2022.
- Defendants waive any arguments about the timeliness of the filing of ECFs 249, 250 and 251.
- Defendants have no procedural objections to ECF 255.

| | |
|---|---|
| Dated: November 16, 2022 | */s/ Steven W. Garff*<br>Steven W. Garff (CA Bar No. 268074)<br>*steven.garff@ppktrial.com*<br>Ronald F. Price*<br>*ronprice@ppktrial.com*<br>Jason M. Kerr*<br>*jasonkerr@ppktrial.com*<br>David R. Parkinson*<br>*davidparkinson@ppktrial.com*<br>**PRICE PARKINGSON & KERR, PLLC**<br>5742 West Harold Gatty Drive<br>Salt Lake City, Utah 84116<br>Telephone: (801) 530-2900<br><br>Stephen Y. Ma (CA Bar No. 214998)<br>*sma@earlysullivan.com*<br>Lisa L. Boswell (CA Bar No. 190304)<br>*lboswell@earlysullivan.com*<br>**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**<br>6420 Wilshire Boulevard, 17th Floor<br>Los Angeles, California 90048<br>Telephone: (323) 301-4660<br>Facsimile: (323) 301-4676<br><br>***Attorneys for Defendants SanMedica International, LLC, Basic Research, LLC, BR COS, LLC, Basic Research Holdings, LLC, Basic Research Intermediate, LLC, Sierra Research Group, LLC, Majestic Media, LLC, CRM Specialists, LLC, Bydex Management, LLC, NOVEX Biotech, LLC*** |
| Dated: November 16, 2022 | */s/ Annick M. Persinger* (authorized on November 16, 2022)<br>Annick M. Persinger (CA Bar No. 272996)<br>*apersinger@tzlegal.com*<br>Wesley M. Griffith (CA Bar No. 286390)<br>*wgriffith@tzlegal.com*<br>**TYCKO & ZAVAREEI LLP**<br>1970 Broadway, Suite 1070<br>Oakland, California 94612<br>Telephone: (510) 254-6808<br>Facsimile: (202) 973-0900<br><br>Ryan J. Clarkson (CA Bar No. 257074))<br>*rclarkson@clarksonlawfirm.com*<br>Katherine A. Bruce (CA Bar No. 288694))<br>*kbruce@clarksonlawfirm.com*<br>Kelsey J. Elling (CA Bar No. 337915))<br>*kelling@clarksonlawfirm.com*<br>**CLARKSON LAW FIRM, P.C.**<br>22525 Pacific Coast Highway<br>Malibu, California 90265<br>Telephone: (213) 788-4050 |



1                          Facsimile (213) 788-4070

2                          ***Attorneys for Plaintiffs***

4    Dated: November 16, 2022          */s/ Chad Nydegger* (authorized on November 16, 2022)
Chad E. Nydegger*
*cnydegger@wnlaw.com*
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

***Attorney for Defendant Limitless Worldwide, LLC***



5
**STIPULATION; ORDER**

| | | |
|---|---|---|
| Dated: November 16, 2022 | | */s/ Beau Burbidge* (authorized on November 16, 2022) |

Beau R. Burbidge (CA Bar No. 267267)
*beau@burbidgemitchell.com*
Clancey S. Henderson*
*chenderson@burbidgemitchell.com*
**BURBIDGE MITCHELL**
215 South State Street, Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

***Attorneys for Defendant Mitchell K. Friedlander***

Dated: November 16, 2022    */s/ Evan Strassberg* (authorized on November 16, 2022)
Evan S. Strassberg (CA Bar No. 219336)
*esstrassberg@michaelbest.com*
**MICHAEL BEST & FRIEDRICH LLP**
2750 East Cottonwood Parkway, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

***Attorney for Defendants Bodee Gay, Gina Daines, Haley Blackett, and Kimm Humphries***

**admitted* **pro hac vice**



# **ORDER**

**Based on the foregoing stipulation of the parties (Doc. 256) and good cause appearing,**

**IT IS HEREBY ORDERED:**

- Defendants may, respectively, file their replies in support of Defendants' Motions to Dismiss and Transfer on or before December 2, 2022.
- Defendants waive any arguments about the timeliness of the filing of Docs. 249, 250 and 251.
- Defendants have no procedural objections to Doc. 255.

IT IS SO ORDERED.

Dated:   **November 17, 2022**          /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE